# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lincoln National Life Insurance
Company,

                    Plaintiff,                          Civil 08-1036 (PAM/JSM)

v.

                                                        **ORDER OF DISMISSAL**

Jill DeLeon, et al.

                    Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court

reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.


Dated: December ___29___ , 2008


                              s/Paul A. Magnuson
                              Paul A. Magnuson, Judge
                              United States District Court