## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

The Lincoln National Life Insurance Company,

      Plaintiff,

v.

Jill DeLeon and Patricia A. Federly,

      Defendant.

Court File No. 08-CV-1036 (PAM/JSM)

**ORDER OF DISMISSAL WITH PREJUDICE**

_____

Based upon the Stipulation of the parties [Docket No. 40],

IT IS HEREBY ORDERED:

This action is dismissed with prejudice and on the merits and without an award of costs and attorneys' fees to any party.

Dated: February __9__, 2009        BY THE COURT:

*s/Paul A. Magnuson*
Paul A. Magnuson
U.S. District Judge